EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 0 2003

at 2 o'clock and 2 min  M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARK RUFFIN VILLARUZ,　(01)<br>FRANCIS V. MANANKIL　　(02)<br><br>　　　　Defendants. | CR. NO. CR03 00581 DAE<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 846; 841(a)(1);<br>841(b)(1)(A)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

At a date unknown to the Grand Jury, but at least beginning by September, 2003 and continuing to December 2, 2003, in the District of Hawaii and elsewhere, MARK RUFFIN VILLARUZ and FRANCIS V. MANANKIL, the defendants, did willfully and unlawfully

conspire together and with other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

    a.  On or about November 25, 2003, a methamphetamine distributing associate of MARK RUFFIN VILLARUZ distributed one (1) pound of crystal methamphetamine to a methamphetamine distributor in Honolulu, Hawaii.  This methamphetamine was distributed on the "front", meaning that the distributor would first sell the methamphetamine and then pay VILLARUZ and his associates for the drug.

    b.  On or about December 1, 2003, MARK RUFFIN VILLARUZ and FRANCIS V. MANANKIL traveled from Las Vegas, Nevada to Honolulu, Hawaii for the purpose of collecting $18,500 in drug proceeds from the sale of the one (1) pound of methamphetamine. MANANKIL came to Hawaii for the specific purpose of secreting the $18,500 on his person and returning to Las Vegas, Nevada with it.

    c.  On or about December 2, 2003, VILLARUZ conducted several telephonic conversations with the Honolulu methamphetamine distributor for the purpose of arranging an additional 5 pound methamphetamine deal and for arranging the

pick up of the $18,500 from the distributor for the fronted one (1) pound of methamphetamine.

  d. On December 2, 2003, VILLARUZ and MANANKIL drove to a location in downtown Honolulu and attempted to meet with the distributor to collect the $18,500.

  All in violation of Title 21, United States Code, Section 846.

  DATED: December 10, 2003, at Honolulu, Hawaii.

        A TRUE BILL

        /s/
        _____
        FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Assistant U.S. Attorney
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorney

3